## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| UNITED STATES OF AMERICA, ) | EXHIBIT AND WITNESS LIST |
|---|---|
| ) **Plaintiff** ) | **CASE NUMBER: MJ. 2020-82** |
| vs ) | |
| JORGE ROMERO-AMARO, ) PEDRO LUIS SAYAN VILLANUEVA ) **Defendant** ) | |

| PRESIDING JUDGE *Ruth Miller* | PLAINTIFF'S ATTORNEY *AUSA D. Smith* | DEFENDANT'S ATTORNEY *C. Williams for P. Villanueva* *F. Adam-Qesada for J. Amaro* |
|---|---|---|
| HEARING DATE(S) *11/24/20* | COURT REPORTER *FTR System* | COURTROOM DEPUTY *Kimberley Willett* |

| PLF. NO. | DEF. LTR. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 1: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 2: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 3: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 4: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 5: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 6: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 7: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 8: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 9: Photo** |
| ✓ | | 11/24/20 | ✓ | ✓ | **Governments Exhibit 10: Photo** |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 1 of 1 Pages