UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF SAINT THOMAS AND SAINT JOHNS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| | * | CRIMINAL NO. 20-049 (RAM) |
| | * | |
| JORGE ROMERO-AMARO (1) | * | |
| Defendant. | * | |

# SENTENCING MEMORANDUM

TO THE HONORABLE COURT,

COMES NOW defendant, Jorge Romero Amaro (Romero), through undersigned counsel and respectfully alleges and prays:

Waking up in the middle of night with his heart pounding as loud as thunder; constantly worrying about his failures; and suffering from daily stomach aches were just some of the serious anxiety effects Romero endured since his childhood. Romero faced harsh experiences growing up that would present serious challenges to overcome in his life. Romero was abandoned by his father, suffered from anxiety, had learning disabilities, did not have his mother around to monitor his development at a critical point in his life, and dropped out of high school in 7th grade. With great effort and commitment

Romero has been able to obtain technical certification and become a hardworking and productive citizen. In light of the circumstances presented below, Romero should be sentenced to a term of imprisonment of 6 months (which have been served by Romero[1]) plus one year of supervised release.

Romero's story was marked by the worst kind of betrayal; his father abandoned him. A father can guide and counsel a child, serve as a role model, spend valuable time with his child, but most importantly, he can provide love and comfort to him.  Not having a father around does not mean that a person is destined to fail.  But in the case of Romero, not having his father around made him feel unloved. Romero's father left his mother when Romero was a baby and never looked back. Romero saw his friends' fathers taking them to the park, playing sports with them, taking them fishing or to the beach. Romero felt different and it was painful. Children do not necessarily have the maturity or emotional intelligence to understand the dynamics of marital relationships between adults.  Even though Romero had a loving mother and grandparents, he grew up thinking that he

---

[1] Romero served approximately two years and four months of imprisonment pending trial.

was unimportant; he felt he was not deserving of his father's love, and for that reason his father was not around. Those feelings let Romero develop low self-esteem and his mental health stability was compromised. Romero showed various symptoms of anxiety from a young age which hampered his socio-educational development and impacted his daily life.

Romero suffered from attention deficit disorder. That condition affected Romero's learning by inhibiting his ability to hold focus. Not being able to pay attention made it harder to remember what the teachers instructed him in each lesson, assignments, and due dates. Therefore, Romero's ability to learn the materials taught to him and complete the class work suffered. Romero simply felt out of place in school; he felt he did not belong there. Romero was referred to counselors and psychologists, but there was a lack of hands-on follow up on the treatment plans for him. Romero's mother had to work around the clock[2] and most of Romero's care was in the hands of other family members who loved him, but who were not necessarily equipped with the tools and

---

[2] Romero was raised in Culebra, a small island town in Puerto Rico that is characterized by limited economic opportunities for its residents. Thus, many people live below the poverty level. Romero's family struggled, and Romero's father did not provide any child support.

knowledge to implement the plans delineated for his development. Romero's anxiety, coupled with the effects of his attention deficit disorder led him to drop out of school.

It took a lot of courage from Romero's part to enroll in a program to obtain his G.E.D. He had to face the internal fear of failing again. With great perseverance, Romero obtained his G.E.D. and went on to enroll in a technical college where he obtained a certification on marine mechanics technology. For Romero, with the struggles he endured during his upbringing, obtaining that certification was a great achievement inasmuch as he had to deal with anxiety and A.D.D. during his young adulthood too.

Romero has an extensive work history in different fields such as: working as a dishwasher, as a mover, doing boat repairs, operating heavy machinery, and operating the boat of a private client. Romero's work ethic made him excel. He performed his duties with honor and respect towards his clients and coworkers. Likewise, Romero has earned the respect of the people that interact with him in his work related activities. Dr. Eric Otero, MD, is a physician that hires Romero to operate his boat. Dr. Otero describes Romero

as respectful and dedicated to his craft. (See exhibit; letter). Dr. Otero trusts his family's safety in Romero's hands when they use their boat to take trips around the waters of Puerto Rico and nearby areas. Members of Romero's community also have him in high regard. Romero is described as a hard worker, good neighbor, polite, gentle with a particular interest in helping others. (See exhibits; letters). He would assist other people doing construction work in their houses, repairing vehicles, or cleaning debris after storms or hurricanes. Romero has shown a great sense of solidarity and selflessness in his social interactions.

Most importantly, Romero is a family-oriented person. His main source of inspiration is his seven-year-old son. Romero takes great pride in being a father who is present in different aspects of his son's life. He provides economic support to make sure that all of his needs are met, but also, he is on top of his son's educational development. Romero has a personal pledge to impact his son's life in a positive way, departing from the experience he had with his own father. Loving his son and caring for him has served as an

opportunity for Romero to dive into his feelings and heal the old wounds he suffered.

Romero is a 28 year old first time offender. He has no history of drug or alcohol abuse. She has a long history of employment in different fields and immediately after his release from prison he secured formal employment. He has been complying with all of his conditions of release since his release in March. Romero has been able to reestablish contact with his son, whom he loves and missed him greatly while he was incarcerated. He enjoys the support of his mother, grandfather and his community. The applicable guideline range for a level 10 and a criminal history category of I is from 6 to 12 months of imprisonment. In light of the 18 U.S.C. sec. 3553 factors presented above, Romero respectfully requests a sentence of 6 months of imprisonment which have been served, and 1 year of supervise release.

WHEREFORE, it is respectfully requested that this Honorable Court sentence Mr. Jorge Romero-Amaro to a term of imprisonment of 6 months of imprisonment which have been already served.

In San Juan, Puerto Rico this 23rd day of June, 2023.

                          S/ *Francisco J. Adams Quesada*
                          FRANCISCO J. ADAMS QUESADA
                          USDC-PR 222507
                          fjadamsquesada@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this **MOTION** was filed through the CM/ECF system. The U.S. Attorney's Office for the District of the Virgin Islands is designated as the party to be notified through the system.

In San Juan, Puerto Rico this 23rd day of June, 2023.

*S/ Francisco J. Adams Quesada*
FRANCISCO J. ADAMS QUESADA
USDC-PR 222507
fjadamsquesada@gmail.com
P.O. BOX 361252
SAN JUAN, P. R. 00936-1252
T. 787-598-9543