Culebra, Puerto Rico

March 31, 2023

To Whom It May Concern:

We met Jorge Germain Romero Amaro in Culebra about 6 years ago. Something broke in our boat on the way to Culebra and he happened to be in the gasoline station where we had to stop. He offered to help us with the situation so we could get back home safely. He is a humble young man who did not want to let us pay for his service.

We work in Culebra on Fridays so every now and then we would see him there. We discovered he is an excellent Captain and sometimes asked him to navigate our boat from Puerto Rico to Culebra, especially when the sea was not too calm and we needed someone with more experience than us. This eventually led to a friendship which still stands. I must say that he has always treated us with respect.

If you have any further questions, please feel free to contact me by phone or email.

Sincerely,

Dr. Erick Otero García

787-409-5695

dloperena@live.com